| | |
|---|---|
| <u>DEFENDANT</u>: | JONATHAN ROOKS |
| <u>YOB/AGE</u>: | 1985 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>OFFENSE(S)</u>: | 21 U.S.C. § 841(a)(1) & (b)(1)(B) — Possession with intent to distribute/Distribution of a controlled substance |
| | 18 U.S.C. § 922(g)(1) — Prohibited Person in Possession of Firearm/Ammunition |
| <u>LOCATION OF OFFENSE</u>: | Jefferson County, Colorado |
| <u>PENALTY</u>: | 21 U.S.C. § 841(a)(1) & (b)(1)(B) — NLT 5 yrs imprisonment; NMT 40 yrs imprisonment, NMT $5,000,000 fine or both; NMT life yrs SR; $100 SA |
| | 18 U.S.C. § 922(g)(1) — NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| <u>AGENT</u>: | USPIS Inspector Derek Backus |
| <u>AUTHORIZED BY:</u> | AUSA Andrea Surratt |

<u>ESTIMATED TIME OF TRIAL</u>:   __x__ five days or less   _____ over five days

<u>THE GOVERNMENT</u>

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.