## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Backus, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am a United States Postal Inspector and have been so employed since September 2012. I am currently assigned to the United States Postal Inspection Service (USPIS) Denver Division, specifically to the Prohibited Mailings Narcotics team (PMN) in Denver, Colorado, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States Mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) and 846 (Conspiracy to Distribute a Controlled Substance). I have also investigated offenses related to the possession and use of firearms. Part of my training as a Postal Inspector included narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States Mail. My training and experience also includes the investigation and prosecution of offenses that involve the use of computers, social media, and cryptocurrency.

2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that defendant Jonathan ROOKS committed violations of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) (distribution and possession with intent to distribute a controlled substance) and 18 U.S.C. § 922(g)(1) (felon in possession of firearms).

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## THE INVESTIGATION

### Summary of the Investigation

4. As described in this affidavit, my investigation has revealed that ROOKS has been selling counterfeit oxycodone pills on a particular darknet marketplace (the "Darknet Market") and over an encrypted chat platform (the "Chat Platform") using a particular moniker (the "Moniker"). Those these pills were pressed to look like 30 mg oxycodone pills, they in fact contained fentanyl and other substances.

5. On December 9, 2021, law enforcement officers executed a search warrant at ROOKS's home in Wheat Ridge, Colorado and, as described in detail below, multiple pressed fentanyl pills weighing approximately 105.5 grams, and approximately five firearms, including a loaded firearm in ROOKS's living room. During the search, ROOKS admitted to operating the Moniker to sell fentanyl pills.

**Probable Cause**

Undercover Purchases from the Moniker

6. On or about March 31, 2021, law enforcement officers who members of a task force in California (the "Task Force") placed an undercover order for 20 M30 oxycodone pills on the Darknet Market from ROOKS's Moniker and the following occurred:

    a. Members of the Task Force paid for the pills using cryptocurrency, and asked that the order be sent to an undercover address controlled by the Task Force.

    b. The USPS parcel containing the undercover purchase received its first scan in Wheat Ridge, CO on April 2, 2021 (the "First Parcel").

    c. On April 6, 2021, members of the Task Force learned that a second parcel apparently from the same vendor was en route to the undercover address as well (the "Second Parcel"). This parcel had received its first scan at the USPS processing plant in Denver, Colorado.

    d. By April 13, 2021, both parcels arrived at the undercover address and were opened by members of the Task Force. The First Parcel contained, among other things, a Ziploc bag containing 20 round, light blue pills stamped with "M30." The Second Parcel also contained among other things, 20 round, light blue pills light blue pills appearing to be counterfeit M30 oxycodone pills.

    e. Both sets of pills were submitted for laboratory testing, which revealed:

        i. The blue pills seized from the First Parcel weighed 2.17 grams and tested positive for 4-ANPP, acetaminophen, fentanyl, dipyrone,[1] and N-propionyl norfentanyl.

        ii. The blue pills seized from the Second Parcel weighed 2.36 grams and tested positive for fentanyl and dipyrone.

    f. The First Parcel and the Second Parcel were also submitted for fingerprint testing. One fingerprint associated with ROOKS was identified on the exterior of a bag inside the First Parcel.

7. On or about April 14, 2021, members of the Task Force placed an undercover order for 50 M30 oxycodone pills on the Darknet Market from ROOKS's Moniker and the following occurred:

    a. Members of the Task Force paid for the pills using cryptocurrency, and asked that the order be sent to an undercover address controlled by the Task Force.

    b. On April 16, 2021, this USPS parcel received its first scan in Denver, Colorado.

    c. On April 19, 2021, the parcel was delivered to the undercover address.

---

[1] Dipyrone is a non-scheduled, analgesic, non-opioid drug, commonly used in human and veterinary medicine.

    d. Inside the parcel, officers located, among other things, approximately 50 round, light blue pills appearing to be counterfeit M30 oxycodone pills.

    e. The pills were submitted for laboratory testing, which revealed that the pills weighed approximately 5.59 grams and tested positive for of 4-ANPP, acetaminophen, fentanyl, and dipyrone.

8. On or about April 25, 2021, members of the Task Force placed an undercover order for 50 M30 oxycodone pills on the Chat Platform from ROOKS's Moniker and the following occurred:

    a. Members of the Task Force paid for the pills using cryptocurrency, and asked that the order be sent to an undercover address controlled by the Task Force.

    b. On April 27, 2021, this USPS parcel received its first scan in Arvada, Colorado.

    c. On April 30, 2021, the parcel was delivered to the undercover address.

    d. Inside the parcel, officers located, among other things, approximately 30 round, light blue pills appearing to be counterfeit M30 oxycodone pills.

    e. The pills were field-tested and did not test positive for the presence of narcotics. Laboratory testing is pending. Based on my training, experience, and knowledge of the investigation, that these pills are counterfeit oxycodone and likely contain fentanyl.

9. On or about June 4, 2021, members of the Task Force placed an undercover order for 50 M30 oxycodone pills on the Darknet Market from ROOKS's Moniker and the following occurred:

    a. Members of the Task Force paid for the pills using cryptocurrency, and asked that the order be sent to an undercover address controlled by the Task Force.

    b. On June 7, 2021, this USPS parcel received its first scan in Denver, Colorado.

    c. On June 9, 2021, the parcel was delivered to the undercover address.

    d. Inside the parcel, officers located, among other things, light blue pills appearing to be counterfeit M30 oxycodone pills.

    e. The pills were field-tested and did not test positive for the presence of narcotics. Laboratory testing is pending. Based on my training, experience, and knowledge of the investigation, that these pills are counterfeit oxycodone and likely contain fentanyl

10. On or about June 15, 2021, members of the Task Force placed an undercover order for 50 M30 oxycodone pills on the Darknet Market from ROOKS's Moniker and the following occurred:

    a. Members of the Task Force paid for the pills using cryptocurrency, and asked that the order be sent to an undercover address controlled by the Task Force.

    b. On June 18, 2021, this USPS parcel received its first scan in Denver, Colorado.

    c. On June 21, 2021, the parcel was delivered to the undercover address.

    d. Inside the parcel, officers located, among other things, light blue pills appearing to be counterfeit M30 oxycodone pills.

    e. The pills were field-tested and did not test positive for the presence of narcotics. Laboratory testing is pending. Based on my training, experience, and knowledge of the investigation, that these pills are counterfeit oxycodone and likely contain fentanyl

11. On or about December 2, 2021, while acting in an undercover capacity, I placed an order for 10 oxycodone pills on the Darknet Market from ROOKS's Moniker and the following occurred:

    a. I paid for the pills using cryptocurrency and asked that the order be sent to an undercover address controlled by members of the U.S. Postal Inspection Service.

    b. On December 3, 2021, I was alerted that my order had been processed and sent.

    c. On December 7, 2021 my order arrived at the undercover address.

## Other Seized Parcels

12. On or about July 12, 2021, I became aware of two USPS parcels addressed to addresses in Las Vegas, Nevada (the "Las Vegas Parcel") and Lakeland, Minnesota (the "Lakeland Parcel"). I believe that ROOKS was responsible for shipping these parcels for the following reasons:

    a. The Lakeland Parcel was scanned accepted at the Sunnyside Post Office in Denver, CO on July 10, 2021 at approximately 12:22 p.m.

    b. A review of the Sunnyside Post Office surveillance equipment from July 9, 2021 revealed a dark colored sedan, bearing Colorado license plate AGRG03—a vehicle I have associated with ROOKS—arrive in the area of the Sunnyside Post Office parking lot, at approximately 9:02 p.m. The vehicle appears to approach and stop next the exterior USPS collection boxes.

    c. I confirmed with the Sunnyside Post Office that the mail placed into the USPS collection boxes after regularly scheduled hours, to include any possible mailings at approximately 9:02 p.m., is collected and sent to the USPS mail processing center by approximately 4:00 p.m. the next day and that the mail in the USPS collection boxes is typically retrieved by a USPS employee once or twice a day between 12:00 p.m. and 4:00 p.m.

    d. Accordingly, I believe that ROOKS, driving the vehicle described in paragraph 12.b, mailed the Lakeland Parcel.

    e. The Las Vegas Parcel and the Lakeland Parcel each had the same return name but different return addresses.

13. Pursuant to a federal search warrant, I searched the Las Vegas Parcel and the Lakeland Parcel and learned the following:

    a.  Inside the Las Vegas Parcel, I located, among other things, 30 light blue pills stamped with "M" on one side and "30" on the other side.

    b.  Inside the Lakeland Parcel, I located, among other things, 16 light blue pills stamped with "M" on one side and "30" on the other side.

14. Laboratory testing on the pills described in paragraph 13, *supra*, are pending.

### Seized Die Set

15. On or about March 4, 2021, Customs and Border Protection ("CBP") seized a parcel containing a pill press die set for imprinting or pressing pills with an "M" and "30," addressed to Jonathan Rooks at 4750 N Everett Street, Wheat Ridge, CO 80033 (the "Rooks Address").

16. Based on my training and experience, I am aware this die set is consistent with die sets or "stamps" used by individuals manufacturing or "pressing" counterfeit 30 milligram Oxycodone pills, with the imprints "M" and "30," which typically contain fentanyl or synthetic opioids, such as those seized in the course of this investigation.

### ROOKS is Behind the Moniker

17. Based on my investigation, I believe that ROOKS is the individual behind the Moniker that has been selling fentanyl on the darknet.  I believe this for following reasons.

18. As noted in paragraph 6.f, *supra*, one of ROOKS's fingerprints was recovered from a parcel containing fentanyl pills that was ordered from the Moniker on the Darknet Market.

19. As described in paragraph 12, *supra*, ROOKS has previously ordered a pill press that would have allowed him to produce the types of pills that were seized during this investigation.

20. Between June 11, 2021 and June 13, 2021, a particular IP address (the "IP Address") was associated with a tracking inquiry for the parcel described in paragraph 9, *infra*.  I learned from the internet service provider that owns this IP Address that, during this timeframe, the IP Address was associated with Jonathan Rooks at the Rooks Address.  This same IP address was associated with tracking inquires for thirty-five outbound USPS parcels originating from the Denver, Colorado metropolitan area, between June 11, 2021 and June 15, 2021.

21. As described in paragraph 25.c, *infra*, ROOKS admitted to using the Moniker to sell drugs.

### ROOKS's Only Source of Income is Dealing Drugs

22. A search of Colorado Department of State databases revealed that neither Jonathan Rooks nor any employer in the state of Colorado has reported any wages to the Colorado Department of State for Jonathan Rooks between 2015 and September of 2021, the most recent data available.

23. Investigators conducted a Colorado Secretary of State business records search related to Jonathan Rooks.  As a result of that search, investigators found articles of incorporation for "Side Deals LLC," in which ROOKS was listed as the principal agent and the principal mailing address is listed as the Rooks Address.  Further investigation revealed that "Side Deals LLC" does not appear to be a legitimate business.  Rather, based on my training and experience I believe that

this is a front business to give ROOKS the appearance of legitimacy to further conceal his drug dealing.

24. Despite being unemployed, in November 2020, ROOKS purchased a 2007 Ford F150 truck, that is SUBJECT VEHICLE NO.1, for $8,000.00 in U.S. currency. In July 2020, he purchased a 2008 blue BMW M6 coupe for $27,100 in US currency. The blue BMW is the same vehicle referenced in paragraph 12.b, *supra*, bearing Colorado license plate AGRG03.

### Search of ROOKS's Home

25. On or about December 9, 2021, other law enforcement officers and I executed a federal search warrant at the Rooks Address and the following happened, among other things:

    a. Inside the residence and/or attached garage, officers located:

        i. Notebooks that appeared to be ledgers recording accounting of drug sales and/or online cryptocurrency or darknet activity.

        ii. Five firearms, including two long guns and three handguns. One of these firearms was as a loaded handgun located in the living room, in close proximity to the cooler containing drugs described in paragraph 25.a.iv, *supra*.

        iii. A 3D printer and handgun lowers that appeared to be 3D-printed.

        iv. In the living room, a small cooler containing:

            1. Numerous M30 pills, which weighed around 105.5 grams. A sample of one of these pills was field-tested and came back positive for fentanyl.

            2. Apparent drug packaging material, such as silver packaging and Ziploc bags.

            3. A fentanyl test kit.

        v. Electronic devices, such as computers, cell phones, thumbdrives, and a cold-storage wallet for cryptocurrency.

    b. In a shed on the property, officers located:

        i. A pill press that, although it appeared to be non-functional at the time, appeared to be able to be used with multiple die sets, to include counterfeit M30 oxycodone pills.

        ii. Additional handgun lowers that appeared to be 3D printed (combined with the handgun lowers found in the residence, officers located a total of seven handgun lowers).

    c. ROOKS was home at the time of the search and, elected to speak with law enforcement officers. Among other things, ROOKS told me:

      i. He operated the Moniker on the Darknet Market and the Chat Platform where he advertised and sold pressed fentanyl. He charged between $10-12 per pill. He also said that he operated another moniker on a previous darknet marketplace in late 2020. ROOKS said that he sold fentanyl pills under this moniker as well.

      ii. ROOKS packaged his orders himself in the shed behind his house, and would mail parcel in the evenings, using USPS drop boxes.

      iii. ROOKS claims he did not sell pills that he pressed himself, rather he had a supplier from whom he purchased already-pressed pills.

      iv. He said he was making around $10,000-$20,000 per month in early 2021 based on the sale of the pressed fentanyl pills.

      v. He purchased the pill press described in paragraph 25.b.i, *supra*, in approximately August 2020.

      vi. He purchased the seized M30 die set described in paragraph 15, *supra*.

      vii. He re-invested the money he made selling drugs back into the business by, among other things, purchasing more drugs, postage, and packaging materials.

      viii. That there are firearms in the house and that he knew he was not supposed to possess firearms, but he just likes guns.

### Criminal Conviction

26. On or about November 4, 2018, ROOKS was convicted of aggravated motor vehicle theft in violation of CRS § 18-4-409(4)(a), a class five felony, which is punishable by a term of imprisonment of more than one year.

### Seized Substances

27. Fentanyl is a schedule II controlled substance.

28. N-propionyl norfentanyl is a chemical precursor to the production of fentanyl and a schedule II controlled substance.

29. 4-ANPP is a is a chemical precursor to the production of fentanyl and a schedule II controlled substance.

30. Dipyrone is a non-scheduled, analgetic, non-opioid drug, commonly used in human and veterinary medicine.

## Conclusion

31. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

                                                *s/ Derek Backus*
                                                Inspector Derek Backus
                                                USPIS

Sworn to before me by reliable electronic means this 9th day of December, 2021.

_____
Hon. Scott. T. Varholak
United States Magistrate Judge

Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.