IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00202-STV

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JONATHAN ROOKS,

  Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

         Respectfully submitted,

         VIRGINIA L. GRADY
         Federal Public Defender


         s/ David E. Johnson
         DAVID E. JOHNSON
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         David_johnson@fd.org
         Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on December 13, 2021, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

     Andrea L. Surratt, Assistant United States Attorney
     E-mail:  andrea.surratt@usdoj.gov

     I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

     Jonathan Rooks (via U.S. mail)

     s/ David E. Johnson
     DAVID E. JOHNSON
     Assistant Federal Public Defender
     633 17th Street, Suite 1000
     Denver, CO  80202
     Telephone:  (303) 294-7002
     FAX:  (303) 294-1192
     David_johnson@fd.org
     Attorney for Defendant