IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **21-cr-420-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN ROOKS,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 9, 2021, in the State and District of Colorado, the defendant, JONATHAN ROOKS, did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

### COUNT 2

On or about April 16, 2021, in the State and District of Colorado, the defendant, JONATHAN ROOKS, did knowingly and intentionally distribute and possess with intent

to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about April 2, 2021, in the State and District of Colorado, the defendant, JONATHAN ROOKS, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about December 9, 2021, in the State and District of Colorado, the defendant, JONATHAN ROOKS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1.      As a result of committing the violations of Title 21, United States Code, Section 841(a)(1), alleged in Counts One, Two, and Three of this Indictment, the defendant, JONATHAN ROOKS, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any

proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One, Two, and Three of this Indictment.

2.   As a result of committing the violation of Title 18, United States Code, Section 922(g)(1) alleged in Count Four of this Indictment, the defendant, JONATHAN ROOKS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including but not limited to the firearms seized from ROOKS's home on December 9, 2021.

3.   If any of the property subject to forfeiture as a result of any act or omission of the defendants:

   a)   cannot be located upon the exercise of due diligence;
   b)   has been transferred or sold to, or deposited with, a third party;
   c)   has been placed beyond the jurisdiction of the Court;
   d)   has been substantially diminished in value; or
   e)   has been commingled with other property which
        cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>*s/ Andrea Surratt and Cyrus Chung*</u>
Andrea Surratt & Cyrus Chung
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0405
E-mail:  Andrea.Surratt@usdoj.gov
         Cyrus.Chung@usdoj.gov
Attorneys for Government