| | |
|---|---|
| DEFENDANT: | JONATHAN ROOKS |
| YOB/AGE: | 1985 |
| COMPLAINT FILED? | ___X___ Yes    _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  21-mj-00202-STV |

OFFENSE(S):

| Counts | Statute | Violation |
|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Possess with intent to distribute a controlled substance |
| 2&3 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Possess with intent to distribute and distribute a controlled substance |
| 4 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

LOCATION OF OFFENSE:   Jefferson County, Colorado

PENALTY:

| Counts | Statute | Penalty |
|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | NLT 5 years imprisonment; NMT 40 years imprisonment; NLT 4 years SR; NMT life SR; NMT $5,000,000 fine; $100 SA |
| 2&3 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | NMT 20 years imprisonment; NMT $1,000,000 fine; NLT 3 year supervised release; NMT life SR; $100 SA |
| 4 | 18 U.S.C. § 922(g)(1) | NMT 10 years imprisonment; NMT $250,000 fine; NMT 3 years SR; $100 SA |

| | |
|---|---|
| AGENT: | USPIS Inspector Derek Backus |
| AUTHORIZED BY: | AUSAs Andrea Surratt & Cyrus Chung |

ESTIMATED TIME OF TRIAL:    _X_  five days or less        ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

1