IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JONATHAN ROOKS,

       Defendant.

---

## UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE

---

The defendant, Jonathan Rooks ("Mr. Rooks"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Extend the Pretrial Motions Deadline to April 22, 2022, and in support, he states as follows:

1.    Mr. Rooks is charged in a 4-count Indictment. Counts 1 through 3 charge violations of possession with intent to distribute a controlled substance, fentanyl.  Count 1 alleges a five (5) year mandatory minimum, per 21 U.S.C. § 841(b)(1)(B)(vi); Counts 2 and 3 allege no mandatory minimum and a 20-year statutory maximum, per 21 U.S.C. § 841(b)(1)(C). Count 4 alleges a violation of felon-in-possession of a firearm, 18 U.S.C. § 922(g)(1).

2.    The Government and the Defendant continue to confer and to be engaged in negotiations to resolve this matter.  However, despite efforts and ongoing conferral, additional time is needed to attempt to reach an agreement.

3.    Similarly, undersigned counsel also needs additional time to discuss the anticipated offer with Mr. Rooks.

4.      The parties do not seek an extension of the trial date at this time.

5.      Given the good faith efforts of the parties to resolve this matter, Mr. Rooks seeks an extended motions filing deadline of April 22, 2022.

6.      Undersigned counsel has conferred with Assistant United States Attorney Andrea Surratt, who expressed she has no opposition to this motion.

WHEREFORE, this Unopposed Motion should be granted, and the pretrial motions deadline should be re-set to April 22, 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2022, I filed the foregoing **UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jonathan Rooks (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant