IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JONATHAN ROOKS,

      Defendant.

## NOTICE OF DISPOSITION

The defendant, Jonathan Rooks, by and through undersigned counsel, David E. Johnson, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ David E. Johnson
      DAVID E. JOHNSON
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      David_johnson@fd.org
      Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2022, I filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jonathan Rooks (via U.S. mail)

    s/ David E, Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant