IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN ROOKS,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

The United States of America, by and through undersigned Assistant United States Attorney, respectfully moves to continue the change of plea hearing scheduled for May 9, 2022, in the above-captioned matter.

1. On December 9, 2021, the JONATHAN ROOKS, the defendant, was arrested and charged by criminal complaint. [ECF#1, 3]. He made his initial appearance in this District on December 10, 2021. [ECF #4].

2. On December 15, 2021, ROOKS was indicted in four counts. [ECF #11].

3. On December 21, 2021, ROOKS was ordered detained pending trial. [ECF #15].

4. On April 22, 2022, ROOKS entered a notice of disposition. [ECF #25]. The change of plea hearing is scheduled for May 9, 2022. [ECF #26].

5. Both Government counsel of record in this case have trials scheduled to begin on May 9, 2022. Accordingly, the Government respectfully requests that the change of plea hearing

in the above-captioned matter be continued until the following week (the week of May 16, 2022), to the extent the Court is available that week.

6. Counsel for the defendant does not oppose this request.

WHEREFORE, as outlined herein, the United States respectfully moves to continue the change of plea hearing in the above-captioned case.

Respectfully submitted this 30th day of April, 2022

COLE FINEGAN
United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail: Andrea.Surratt@usdoj.gov
Attorney for the Government