IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

The defendant, Jonathan Rooks ("Mr. Rooks"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Continue the Change of Plea Hearing, currently scheduled for May 19, 2022, and in support, he states as follows:

1. A Change of Plea Hearing is scheduled in this case for May 19, 2022.

2. Undersigned counsel has begun to review the plea documents with Mr. Rooks. However, while doing so, it became apparent that additional time is needed for review of the plea documents.  Similarly, additional time is needed before the Change of Plea Hearing for counsel to confer with Mr. Rooks on this case.

3. Mr. Rooks requests that the Change of Plea Hearing be continued at least one month to allow additional time for review and conferral.

4. Undersigned counsel has conferred with Assistant United States Attorney Ms. Andrea Surratt, who expressed she has no objection to the instant motion.

WHEREFORE, this Unopposed Motion should be granted, and the Change of Plea Hearing in this case, currently scheduled for May 19, 2022, should be continued at least one month.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2022, I filed the foregoing **Unopposed Motion to Continue Change of Plea Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jonathan Rooks (via U.S. mail)

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant