IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

The defendant, Jonathan Rooks, by and through undersigned counsel, David E. Johnson, hereby requests that the Change of Plea Hearing scheduled for Tuesday, June 28, 2022, be continued and in support, he states as follows:

1. This matter is scheduled for a Change of Plea Hearing on Tuesday, June 28, 2022 at 11:30 a.m.

2. Due to unforeseen circumstances that arose today, undersigned counsel is not available for tomorrow's Change of Plea Hearing.

3. Undersigned counsel has conferred with government counsel about the circumstances underlying counsel's unavailability and Assistant United States Attorney Andrea Surratt advised that the government is unopposed to a continuance.

WHEREFORE, the defendant, through counsel, David E. Johnson, requests that the Change of Plea Hearing scheduled for June 28, 2022, be vacated and that the parties be instructed to contact the Court to reschedule the Hearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I filed the foregoing **Unopposed Motion to  Continue Change of Plea Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jonathan Rooks (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant