IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 21-cr-00420-RMR | Date: July 27, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

<u>Parties:</u>

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JONATHAN ROOKS,

   Defendant.

<u>Counsel:</u>

Andrea Lee Surratt

David Edward Johnson

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**2:59 p.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

The Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Counts One and Four of the Indictment and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Court Exhibits 1 and 2 are admitted.

**ORDERED:** **Defendant's plea of guilty is accepted.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.**

**ORDERED:** **Sentencing is set for October 27, 2022 at 3:00 p.m. in Courtroom A702 before Judge Regina M. Rodriguez.**

**ORDERED:** **Defendant is remanded to the custody of the U. S. Marshal.**

**3:33 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:    00:34