IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Jonathan Rooks ("Mr. Rooks"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Continue the Sentencing Hearing, currently set for October 27, 2022, and in support, states as follows:

    1.    The Sentencing Hearing in this case is currently scheduled for October 27, 2022 at 3:00 p.m.

    2.    Based on that date, the current initial disclosure of the Presentence Report ("PSR") is due five weeks before sentencing, September 22, 2022.

    3.    The Probation Office and undersigned counsel had arranged for a PSR interview with Mr. Rooks for late-August 2022.  However, due to unforeseen circumstances, the Probation Office had to cancel that visit on the morning of the planned visit. The Probation Office and undersigned counsel were not able to reschedule the PSR interview until last Friday, September 9.

4. Both Mr. Rooks and undersigned counsel believe a continuance of the Sentencing Hearing would be beneficial. Mr. Rooks is engaged in programming at his detention facility, which he finds valuable. In addition, in looking at undersigned counsel's calendar, counsel believes a continuance of the Sentencing Hearing will be necessary to ensure adequate review of the PSR occurs prior to the Sentencing Hearing.

5. Further, under the current dates, the initial disclosure of the PSR is a quick turnaround from the date of the PSR interview. The PSR author discussed with undersigned counsel that additional time to complete the PSR would be beneficial.

6. Undersigned counsel has conferred with Assistant United States Attorney Andrea Surratt, who has no objection to a continuance of the Sentencing Hearing.

WHEREFORE, this Unopposed Motion should be granted and the Sentencing Hearing, currently set for October 27, 2022, should be continued.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2022, I filed the foregoing **Unopposed Motion to Continue Sentencing Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jonathan Rooks (via U.S. mail)

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant