IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The defendant, Jonathan Rooks ("Mr. Rooks"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Continue the Sentencing Hearing, currently set for November 21, 2022, and in support, he states as follows:

    1.    The Sentencing Hearing in this case is currently set for November 21, 2022 at 1:30 pm.

    2.    Undersigned counsel has met with Mr. Rooks to begin reviewing the Presentence Report, Doc. 40 ("PSR"). However, counsel needs additional time to confer and review with Mr. Rooks concerning the PSR and responses thereto. Similarly, the current PSR Response deadline is October 27, 2022, but counsel needs additional time to file Mr. Rooks' responses/objections to the PSR.

    3.    As a result of the foregoing, counsel requests that the Sentencing Hearing be continued.

4.       Counsel has conferred with Assistant United States Attorney Andrea Surratt, who expressed she has no opposition to this Motion.

WHEREFORE, this Unopposed Motion should be granted and the Sentencing Hearing, currently set for November 21, 2022, should be continued.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender


                    s/ David E. Johnson
                    DAVID E. JOHNSON
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    David_johnson@fd.org
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

 I hereby certify that on October 25, 2022, I filed the foregoing ***Unopposed Motion To Continue Sentencing Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

 Andrea L. Surratt, Assistant United States Attorney
 E-mail:  andrea.surratt@usdoj.gov

 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

 Jonathan Rooks (via U.S. mail)

        s/ David E, Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        Attorney for Defendant