Attachment A

1. Miscellaneous 3D printer accessories, including filament nozzles, heating elements, resin, and molding tools
2. Black Longer 3D printer
3. Royal sovereign International bill counter model no. RBC-E105-ADBK, serial no. N2003522
4. iPad, serial no. dMPTF4KKGXQ4
5. Miscellaneous storage devices, including 11 USB drives, and 1 Midco SD Car
6. Trueweigh scale, model no. TUF-1000-01
7. Floureon digital voice recorder
8. Samsung Galaxy Note 20 Ultra ID: 073501180815011822
9. Samsung Galaxy Note 5 Model SM-N920V IMEI: 99000701866868
10. Samsung Galaxy Note 20 Ultra ID: 02431028110701922
11. Two USB thumb drives
12. MyWeigh Triton T2 300 digital scale
13. Royal Digital Postal Scale model no. DG 110
14. Samsung Galaxy S5
15. HP Pavilion model 15 laptop, serial no. 5cd0198Z7V
16. ACER laptop model N19Q10, serial no. NXHUVAA006044213627600
17. Western Digital Blue 1 TB hard drive
18. Ledger Nano S Cryptocurrency Hardware Wallet
19. SD card
20. Two magnetic card readers
21. Raspberry PI with Micro SD card
22. Cricket Wireless LG cell phone
23. Asus Vivobook Laptop model F512J, serial no. L4NOCV11S14917A
24. Seagate Backup Plus 5TB USB hard drive, serial no. NAM9KN1H
25. Plastic Heat Film Sealer Model PFS 200
26. Digital Camera
27. Pill Press
28. Ranger Number 8, Serial no. not visible
29. FN Five-Seven Pistol, serial no. 386364953
30. High Standard Model B Pistol, serial no. 37703
31. R92 357 Mag/38 Special Rifle, serial no. 7CR013225M
32. Ruger American Rifle, serial no. 83264121
33. 22 Rifle, serial no. G252866
34. Ammunition and magazines
35. Partial 3D printed firearms and parts
36. Partial 3D printed firearms and parts
37. Ammunition
38. Miscellaneous gun parts
39. Smith & Wesson 38 Revolver, serial no. J765328