IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-420-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN ROOKS,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).  The Court having read said Motion and being fully advised in the premises finds that:

    1.    On July 27, 2022, the United States and defendant Jonathan Rooks entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

    2.    The requisite nexus exists between the following assets and Count 1, a violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vi), and Count 4, a violation of 21 U.S.C. § 922(g), to which defendant Jonathan Rooks has pleaded guilty:

    1.    Pill Press;
    2.    Ranger Number 8, Serial no. not visible;
    3.    FN Five-Seven Pistol, serial no. 386364953;
    4.    High Standard Model B Pistol, serial no. 37703;
    5.    R92 357 Mag/38 Special Rifle, serial no. 7CR013225M;
    6.    Ruger American Rifle, serial no. 83264121;
    7.    22 Rifle, serial no. G252866;

    8. Ammunition and magazines;
    9. Partial 3D printed firearms and parts;
    10. Partial 3D printed firearms and parts;
    11. Miscellaneous gun parts; and
    12. Smith & Wesson 38 Revolver, serial no. J765328.

  3. Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

  THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that the United States' Motion for Preliminary Order of Forfeiture is GRANTED;

  4. The defendant's interest in the following assets are forfeited to the United States in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c):

    1. Pill Press;
    2. Ranger Number 8, Serial no. not visible;
    3. FN Five-Seven Pistol, serial no. 386364953;
    4. High Standard Model B Pistol, serial no. 37703;
    5. R92 357 Mag/38 Special Rifle, serial no. 7CR013225M;
    6. Ruger American Rifle, serial no. 83264121;
    7. 22 Rifle, serial no. G252866;
    8. Ammunition and magazines;
    9. Partial 3D printed firearms and parts;
    10. Partial 3D printed firearms and parts;
    11. Miscellaneous gun parts; and
    12. Smith & Wesson 38 Revolver, serial no. J765328.

  5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

  6. The United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

  7. The United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty

consecutive days, and to make its return to this Court that such action has been completed;

8. Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in which all interests will be addressed;

9. The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1); and

10. This Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this _____ day of _____, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge