IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JONATHAN ROOKS,

    Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS NO. 51 AND 52**
_____

    The United States of America, by District of Colorado United States Attorney Cole Finegan, through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict Document No. 51, any order revealing the sensitive contents of that document, and the brief filed in support of this motion (Doc. No. 52), for the reasons stated in the brief filed in support of this motion.   The United States requests a "Level 2" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by selected parties & Court" only.

Dated this 12th day of January, 2023.

                            Respectfully submitted,

                            COLE FINEGAN
                            United States Attorney

By:   *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov