IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JONATHAN ROOKS,

        Defendant.

## DEFENDANT'S RESPONSE TO GOVERNMENT'S PSR OBJECTION

The defendant, Jonathan Rooks ("Mr. Rooks"), by and through undersigned counsel, David E. Johnson, hereby files this Response to "Government's PSR Objection" [Doc. 48], stating as follows:

The PSR was correct not to apply the 4-level enhancement under Guideline Section 2D1.1(b)(13) for a defendant who "knowingly misrepresented or knowingly marketed as another substance" a substance containing fentanyl. *See* PSR at ¶70. Mr. Rooks' vendor name was "blue30s". That is a term for pressed fentanyl pills. Even the government acknowledges that to those who use pressed fentanyl pills, that is the name the pills go by such that users "would likely know that they were purchasing fentanyl." *See* Doc. 48 at 2.

During his interview with law enforcement, Mr. Rooks communicates this exact common understanding to law enforcement. When asked what he sold on the marketplace, Mr. Rooks answered: "mainly just the blue 30s". An agent then asked him to clarify what are blue 30s, and Mr. Rooks said they were "fentanyl oxycodone." After

Mr. Rooks explained how he was purchasing the pills (*i.e.* not making/pressing them himself), the agent summarized "they were advertised as fentanyl; you knew you were buying them as pressed fentanyl," which Mr. Rooks confirmed. Shortly later, the agent described how the pills were "advertised as Mexican blue 30s," which Mr. Rooks also confirmed: "yeah" (although he said he did not know if they came from Mexico or not).

But Mr. Rooks did more than use the common term "blue 30s". He specifically described that he was selling "pressed" pills – i.e. he was explicit in stating they were counterfeit. In other words, Mr. Rooks was not falsely representing that he was selling oxycodone; in fact, he thought he was doing quite the opposite. By using the word "pressed", he was telling purchasers they were counterfeit. As the PSR correctly states: "he did state they were pressed oxycodone pills, which indicated they were counterfeit." PSR at ¶ 69.

Putting this together, Mr. Rooks was selling "blue 30s" which he said were "pressed" (*i.e.* counterfeit) pills, all of which indicates he was selling fentanyl. In its reports, law enforcement itself explains that this indicates the product contains fentanyl. For example, in describing "relevant facts", one postal inspection report disclosed in discovery explains how such "counterfeit 30 milligram Oxycodone pills, with the imprint 'M 30,' . . . typically contain fentanyl or synthetic opioids."

The government argues that "an inexperienced, opiate-naïve user" may not be aware of these facts. Doc. 48 at 2. Even assuming *arguendo* that is true, in no way does that mean that Mr. Rooks was engaging in "online deception." *Id*. at 3. Quite the opposite. Mr. Rooks was – to use the government's phrase – an "experienced user" who did understand this "jargon". *Id*. Mr. Rooks had been using fentanyl for two years,

2

smoking between 50 to 100 pills a day. PSR at ¶ 128. He informed on his marketplace site that the pills were "highly addictive" and recommended they "dose with a minimum amount" and to "smok[e] them on foil" because doing so "prevents accidental overdoses".  Mr. Rooks' language and his conversation with law enforcement demonstrates that he clearly understood the terms he was using. Mr. Rooks intended to represent and market the pills as fentanyl. Thus, this Court cannot conclude that he "*knowingly* misrepresented" or "knowingly" falsely marketed the product. U.S.S.G. § 2D1.1(b)(13) (emphasis added).

This Court should overrule the government's PSR objection. Guideline Section 2D1.1(b)(13)'s 4-level enhancement was correctly not applied.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

3

CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2023, I filed the foregoing ***Defendant's Response to Government's PSR Objection*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea L. Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jonathan Rooks (via U.S. mail)

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant