IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-420-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN ROOKS,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant JONATHAN ROOKS in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 27, 2022, the defendant pled guilty to Counts One and Four of indictment 21-cr-420-RMR pursuant to the terms enumerated in a written plea agreement.  [ECF #35, 36].  Sentencing is scheduled for February 23, 2023.  [ECF #60].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the indictment as to this defendant. Specifically, the Government moves to dismiss Counts 2 and 3 of indictment 22-cr-420-RMR.

3.      The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts 2 and 3 of indictment 22-cr-420-RMR as to defendant JONATHAN ROOKS at the time of sentencing in the above-captioned matter.

Respectfully submitted this 9th day of February, 2023.

        COLE FINEGAN
        United States Attorney

By:     *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail:  Andrea.Surratt@usdoj.gov