IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 21-cr-00420 -RMR-1 | Date: February 23, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Michelle Sinaka | |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
|    Plaintiff, | |
| v. | |
| JONATHAN ROOKS, | David Edward Johnson |
|    Defendant. | |

## COURTROOM MINUTES

### SENTENCING

**11:35 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:   Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 61] is GRANTED.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [ECF No. 50] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:** Government's Motion [ECF No. 51] is GRANTED IN PART AND DENIED IN PART.

**ORDERED:** Government's Motion to Dismiss Counts [ECF No. 62] is GRANTED.

**ORDERED:** Defendant shall be imprisoned for 86 months as to Count 1 and 86 months as to Count 4, to be served concurrently. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 4 years as to Count 1 and 3 years as to Count 4, to run concurrently.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment. Interest on restitution is waived.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

The Court recommends that the Defendant be designated to an appropriate Bureau of Prisons medical facility that can accommodate his needs, and provide drug counseling treatment.

**12:53 p.m.   Court in recess.**

Hearing concluded.
Total time in court:   1:18