IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00420-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JONATHAN ROOKS,

        Defendant.

_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and hereby gives notice to the Court that it will not seek a final order of criminal forfeiture for the: 1) Pill Press; 2) Ranger Number 8, s/n not visible; 3) FN Five-Seven Pistol, s/n 386364953; 4) High Standard Model B Pistol, s/n 37703; 5) R92 357 Mag/38 Special Rifle, s/n 7CR013225M; 6) Ruger American Rifle, s/n 83264121; 7) 22 Rifle, s/n G252866; 8) Ammunition and magazines; 9) Partial 3D printed firearms and parts; 10) Partial 3D printed firearms and parts; 11) Miscellaneous gun parts; and 12) Smith & Wesson 38 Revolver, s/n J765328, listed in the Preliminary Order of Forfeiture (Doc. 46), because they have been administratively forfeited by Alcohol, Tobacco, Firearms, and Explosives.

DATED this 13th day of March 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0100
tonya.andrews@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

*s/ Sheri Gidan*
FSA Federal Paralegal
United States Attorney's Office